**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00345-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANK KRIZ,

    Defendant.

## MINUTE ORDER[1]

On January 27, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all:

**IT IS ORDERED** as follows:

That a Sentencing hearing is set for **March 26, 2010**, at 2:30 p.m. at which time counsel and the defendant shall appear without further notice or order.

Dated:  January 28, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.