# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00345-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FRANK KRIZ,

    Defendant.

## FINAL ORDER OF FORFEITURE

The matter comes before me on the **United States' Motion for Final Order of Forfeiture** [#52] filed June 10, 2010, for the following property:

    a. $117,098.00 in United States Currency seized from defendant's residence;

    b. $100,000.00 paid by defendant in lieu of forfeiture of defendant's residence located at 3271 East Maplewood Court, Littleton, Colorado.

The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on February 11, 2010, (Docket #37);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

THAT no claim or petitions for an ancillary hearing have been filed in this matter

by any party; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Final Order of Forfeiture** [#52] filed June 10, 2010, is **GRANTED**;

2. That judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

   a. $117,098.00 in United States Currency seized from defendant's residence;

   b. $100,000.00 paid by defendant in lieu of forfeiture of defendant's residence; and

3. That the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated June 11, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge